**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

LOLA LAYTON                                    CIVIL ACTION NO. 07-0821

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

MARTHA REYENGA                          MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, no written

objections having been filed, and concurring with the findings of the Magistrate Judge

under the applicable law;

**IT IS ORDERED** that the **Motion to Substitute Party (Doc. 3)** is **granted** and the

United States is substituted for Martha Reyenga as the Defendant.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Doc. 4)** filed by the United

States is **granted** and this civil action is dismissed for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of July,

2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE